UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WILLARD,<br><br>                    Plaintiff,<br><br>          v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTION & REHABILITATION, et<br>al.,<br><br>                    Defendant. | Case No.: 1:19-cv-01073 JLT (PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff has not paid the $400.00 filing fee or filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Accordingly, the Court **ORDERS**:

Within 45 days of the date of service of this order, plaintiff SHALL submit the attached application to proceed in forma pauperis, completed and signed or pay the $400.00 filing. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **September 17, 2019**                     **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE

1