UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WILLARD,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendant. | No. 1:19-cv-01073-DAD-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION DUE TO PLAINTIFF'S FAILURE TO OBEY A COURT ORDER<br><br>(Doc. No. 14) |

Plaintiff Jesse Williard is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 14, 2020, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to obey a court order. (Doc. No. 14.) Specifically, the findings and recommendations note that plaintiff was directed to file an application to proceed *in forma pauperis* and that his failure to do so would result in a recommendation that this action be dismissed. (*Id.* at 1; *see also* Doc. No. 10.) The forty-five day period in which plaintiff was to file the application has expired, and plaintiff has not filed the application. The findings and recommendations contained notice that any objections thereto were
/////

to be filed within fourteen (14) days after service.  To date, no objections have been filed, and the time in which to do so has since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The January14, 2020 findings and recommendations (Doc. No. 14) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to obey a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **March 19, 2020**

UNITED STATES DISTRICT JUDGE